FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 12 PM 2: 23

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | Case No. 11-20024 JTM |
| | ) | Chapter 7 |
| DOMONIC DUANE ADAMSON | ) | |
| AMANDA JEAN ADAMSON | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On October 6, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4438220788.

3

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 4 |
| Claimant: | Far West Bank, a division of American West Bank PO Box 880 Ephrata, WA 98823 |
| Claim Amount: | $56.42 |
| Distribution: | $4.11 |

5. A check in the amount of $4.11 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 10 - 10 - 2011

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD &

FUGAL and in that capacity I served, or caused to be served, a true and correct copy of

the Notice of Payment of Funds into the Registry on the following, by depositing the

same in the U.S. Mail, postage prepaid, on the _14th_ day of _October_ , 2011:


FAR WEST BANK, A DIVISION OF
AMERICAN WEST BANK
PO BOX 880
EPHRATA, WA 98823

_Melanie Valderrama_